IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MICHAEL BOGDONAS,

                                                                                            ORDER

                   Plaintiff,

                                                                        10-cv-618-bbc

     v.

ROBERT MUSEUS, in his official capacity
as Town Administrator and in his
individual capacity, JOHN WILSON, in his
official capacity as Chief of Police and in his
individual capacity, TOWN OF BELOIT,
a municipal corporation, ALAN LEVY,
and ONE OR MORE JOHN DOES,

                   Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

On June 28, 2011, I granted defendant John Wilson's motion to substitute Miguel Ruiz as his counsel in place of Michael Cieslewicz. In addition, because plaintiff had filed a baseless brief in opposition to defendant's motion, I granted defendant's request for fees incurred in responding to plaintiff's opposition brief. I stated that plaintiff could have an opportunity to object to the amount of the fees sought, but not to the grant of an award. Dkt. #40. Now before the court is plaintiff's motion for reconsideration of the order, dkt. #45, in which he contends that Fed. R. Civ. P. 11(c)(1) requires the court to give him notice

1

and an opportunity to respond to any grant of sanctions against him. This is true. Plaintiff may have until September 14, 2011 to explain why he believes the court should not award defendant Wilson the fees he incurred in responding to plaintiff's baseless objection to his motion for substitution of counsel.

ORDER

IT IS ORDERED that plaintiff Michael Bogdonas may have until September 14, 2011 to explain why the court should not sanction him for filing a frivolous brief in opposition to defendant John Wilson's motion for substitution of counsel.

Entered this 7th day of September, 2011.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge

2