IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL BOGDONAS,

    Plaintiff,

v.

ROBERT MUSEUS, in his official capacity as Town Administrator and in his individual capacity, JOHN WILSON, in his official capacity as Chief of Police and in his individual capacity, and TOWN OF BELOIT, a municipal corporation,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-618-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment in entered in favor of defendants Robert Museus, John Wilson, and Town of Beloit granting their motions for summary judgment and dismissing this case.

_____      12/19/11
Peter Oppeneer, Clerk of Court            Date